# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2528
_____

MICHAEL HALEY,

   Appellant,

v.

FOUNDATION PROFESSIONALS OF
FLORIDA, INC.,

   Appellee.

_____

On appeal from the County Court for Columbia County.
Sara J. Carter, Judge.

February 4, 2026

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and BILBREY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kyle J. Lee of Lee Law PLLC, Brandon, for Appellant.

Joel F. Foreman of The Law Office of Joel F. Foreman, PLLC, Lake City, for Appellee.